IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN,               ) | Case No. C 16-0159 PSG (PR) |
|                                   ) | |
| Petitioner,    ) | **ORDER OF TRANSFER** |
|                                   ) | |
| v.                                ) | |
|                                   ) | |
| CORRECTIONAL OFFICER SOTO,        ) | |
|                                   ) | |
| Respondent.   ) | |

Derrick Jesus Oden, a state prisoner proceeding *pro se*, petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Oden, currently housed at California State Prison, Los Angeles County, appears to seek habeas relief from the execution of his sentence, and also raises a civil rights claim of cruel and unusual punishment. Essentially, Oden is complaining that his classification score is being double-counted, and he is being subjected to double jeopardy and cruel and unusual punishment.

Los Angeles County lies in the Central District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[2] however, petitions

---

[1] Oden has consented to magistrate judge jurisdiction. *See* Docket No. 1 at 9.

[2] *See* 28 U.S.C. § 2241(d).

Case No. C 16-0159 PSG (PR)
ORDER OF TRANSFER

1  challenging the execution of a sentence are preferably heard in the district of confinement.[3]
2  Here, the Central District of California is the district of confinement.  In addition, to the extent
3  Oden is raising a civil rights claim, the acts complained of also occurred within the venue of the
4  Central District of California.
5        Accordingly, this case is TRANSFERRED to the Central District of California.[4]  The
6  Clerk shall terminate all pending motions and transfer the entire file to the Central District of
7  California.
8        IT IS SO ORDERED.
9  DATED:  3/24/2016

PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

[4] *See* 28 U.S.C. § 1404(a).

Case No. C 16-0159 PSG (PR)
ORDER OF TRANSFER            2